# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Alexander Hillel Treisman<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:20MJ152-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alexander Hillel Treisman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography

Date: 06/04/2020 9:38a.m.

*Issuing officer's signature*

City and state: Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*