IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE COMPLAINT :
AGAINST ALEXANDER HILLEL : 1:20MJ152-1
TREISMAN :

## MOTION TO SEAL

NOW COMES the United States of America, by Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, through his assistant, Craig M. Principe, and respectfully moves this Honorable Court, to seal the supplement to this motion and the complaint affidavit. Such sealing is within the inherent power of the court to control papers filed with it. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the Government shows unto the court the following:

(1) This investigation is a continuing one, with information and data being derived from numerous sources.

(2) Disclosure of the information being utilized during the course of the investigation may hamper the conclusion of the investigation.

(3) The information contained within the affidavit for the complaint would make patent the sources of information presently available to the investigation.

WHEREFORE, the Government respectfully moves that this Honorable Court seal the supplement to this motion and the complaint affidavit, until such time as the investigation is concluded.

This the 9th day of June, 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC 27101
Phone:   336/631-5268
E-mail: craig.principe@usdoj.gov