IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE COMPLAINT :
AGAINST ALEXANDER HILLEL : 1:20MJ152-1
TREISMAN :

ORDER

The Government having moved that the complaint materials filed in this case be sealed and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the complaint materials be sealed until further order of the Court.

The Court has inherent authority to order the sealing of a complaint affidavit. <u>Baltimore Sun Co. v. Goetz</u>, 886 F.2d 60, 64 (4th Cir. 1989). On the <u>ex parte</u> showing before the court, the court considers that the government has made a <u>prima facie</u> showing that justifies sealing the complaint affidavit.

The complaint affidavit and the Government's supplement to the motion to seal shall be placed under seal by the clerk.

_____
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE

Date <u>June 9, 2020</u>