AO 442 (Rev. 11/11) Arrest Warrant  FID 11129169

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alexander Hillel Treisman | ) | Case No. 1:20MJ152-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alexander Hillel Treisman,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography

Date: 06/04/2020  9:38a.m.

*Issuing officer's signature*

City and state: Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

### Return



This warrant was received on *(date)* 6/5/20, and the person was arrested on *(date)* 9/17/20
at *(city and state)* Concord, NC.

Date: 9/18/20

RECEIVED
JUN 0 5 2020
U.S. Marshals Service, M/NC

*Arresting officer's signature*

Addison Friedman, DUSM/FBI TFO
*Printed name and title*